## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHN FUMICH, LAURA MISCHLEY, RAPHAEL HINTON, RONNIE MCLEAN, and THOMAS CHAFFIN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NOVO NORDISK INC., THE BOARD OF DIRECTORS OF NOVO NORDISK INC., THE NOVO NORDISK INC. RETIREMENT COMMITTEE, and JOHN DOES 1-30,<br><br>Defendants. | CIVIL ACTION NO.: 3:24-cv-09158<br><br>**ELECTRONICALLY FILED**<br><br>Judge:  Hon. Judge Zahid N. Quraishi |

## DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF MOTION TO DISMISS PLAINTIFFS' COMPLAINT

Novo Nordisk Inc., the Board of Directors of Novo Nordisk Inc., and the Novo Nordisk Inc. Retirement Committee (collectively, "Defendants") respectfully submit this Notice of Supplemental Authority to apprise the Court of a recent decision from Judge Claire C. Cecchi of this Court dismissing challenges to the allocation of forfeitures in plans subject to ERISA—challenges that mirror Plaintiffs' theories in Counts II and III of Plaintiffs' Complaint. On July 31, 2025, the United States District Court for the District of New Jersey issued an order granting defendant's motion to dismiss in *Cain v. Siemens Corp.*, Case No. 24-8730 (D.N.J. July 31, 2025), attached as Exhibit 1.

In *Cain*, Judge Cecchi found allegations that an employer violated ERISA by using forfeitures to reduce future employer contributions rather than to pay administrative fees did not state plausible violations of ERISA's fiduciary duties of loyalty and prudence or prohibited transactions provisions. The reasoning in Judge Cecchi's order closely tracks Defendants' arguments in support of its pending Motion to Dismiss Counts II and III of Plaintiffs' Complaint. *See* Dkt. 22-1 at 21 (MTD); Dkt. 29 at 10 (Reply). The Court should follow this reasoning and similarly dismiss Counts II and III.

Dated:      August 5, 2025                    MORGAN, LEWIS & BOCKIUS LLP
                                              /s/ *Jeremy P. Blumenfeld*
                                              Jeremy P. Blumenfeld, Bar No. 01588-2000
                                              MORGAN, LEWIS & BOCKIUS LLP
                                              2222 Market Street
                                              Philadelphia, PA 19103
                                              Tel: (215) 963-5258
                                              Fax: (215) 963-5001
                                              jeremy.blumenfeld@morganlewis.com

                                              Gina F. McGuire (*pro hac vice*)
                                              MORGAN, LEWIS & BOCKIUS LLP
                                              101 Park Avenue
                                              New York, NY 10178
                                              Tel: (212) 309-6199
                                              Fax: (212) 309-6001
                                              gina.mcguire@morganlewis.com

                                              Sean McMahan (*pro hac vice*)
                                              MORGAN, LEWIS & BOCKIUS LLP
                                              1717 Main Street, Suite 3200
                                              Dallas, TX 75201
                                              Tel: (214) 466-4102
                                              Fax: (214) 455-4001
                                              sean.mcmahan@morganlewis.com

                                              *Attorneys for Defendants*

## <u>CERTIFICATE OF SERVICE</u>

I certify that on August 5, 2025, a copy of the foregoing document and all exhibits/attachments thereto were filed electronically and notice of this filing will be sent by e-mail to all parties by the court's electronic CM/ECF filing system.

*/s/ Jeremy P. Blumenfeld*
Jeremy P. Blumenfeld