## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHN FUMICH, LAURA MISCHLEY, RAPHAEL HINTON, RONNIE MCLEAN, and THOMAS CHAFFIN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NOVO NORDISK INC., THE BOARD OF DIRECTORS OF NOVO NORDISK INC., THE NOVO NORDISK INC. RETIREMENT COMMITTEE, and JOHN DOES 1-30,<br><br>Defendants. | CIVIL ACTION NO.: 3:24-cv-09158<br><br><br>**CONSENT ORDER EXTENDING DEFENDANTS' DEADLINE TO FILE A REPLY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS AND TO STRIKE PLAINTIFFS' NEW CLAIM** |

**WHEREAS**, Novo Nordisk, Inc., the Board of Directors of Novo Nordisk Inc., and the Novo Nordisk Inc. Retirement Committee (collectively, "Defendants") filed a Motion to Dismiss and to Strike Plaintiffs' New Claim on November 21, 2025 (Dkt. 42) ("Defendants' Motion");

**WHEREAS**, on November 25, 2025, the Court reset the motion date for Defendants' Motion to January 5, 2026;

**WHEREAS**, John Fumich, Laura Mischley, Raphael Hinton, Ronnie McLean, and Thomas Chaffin (collectively, "Plaintiffs"), must now file their opposition to Defendants' Motion by December 22, 2025;

**WHEREAS**, Plaintiffs and Defendants, by and through their respective undersigned attorneys, have stipulated and agreed that Defendants may have an extension of time to file a reply brief in support of their Motion, up to and including January 9, 2026;

It is hereby **ORDERED** that the date by which Defendants must file their reply in support of Defendants' Motion is extended to January 9, 2026.


**IT IS SO ORDERED.**


Dated: _____               _____
                                         Zahid N. Quraishi
                                         United States District Judge

The undersigned hereby consent to the form and entry of this Consent Order.

CAPOZZI ADLER, P.C.                         MORGAN, LEWIS & BOCKIUS LLP

By:

*/s/ Mark K. Gyandoh*                       */s/ Jeremy Blumenfeld*
Mark K. Gyandoh (No. 02562-2001)            Jeremy Blumenfeld (No. 01588-2000)
James A. Maro (No. 01705-2000)              2222 Market Street
312 Old Lancaster Road                      Philadelphia, PA 19103
Merion Station, PA 19066                    Tel: (215) 963-5258
Tel: (610) 890-0200                         Fax: (215) 963-5001
Fax: (717) 233-4103                         jeremy.blumenfeld@morganlewis.com
markg@capozziadler.com
jamesm@capozziadler.com                     Gina McGuire (*pro hac vice*)
                                            101 Park Avenue
*Counsel for Plaintiffs and the Putative*   New York, NY 10178
*Class*                                     Tel: (212) 309-6199
                                            Fax: (212) 309-6001
                                            gina.mcguire@morganlewis.com

                                            Sean McMahan (*pro hac vice*)
                                            1717 Main Street, Suite 3200
                                            Dallas, TX 75201
                                            Tel: (214) 466-4102
                                            Fax: (214) 455-4001
                                            sean.mcmahan@morganlewis.com

                                            *Counsel for Defendants*