# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHN FUMICH, LAURA MISCHLEY, RAPHAEL HINTON, RONNIE MCLEAN, and THOMAS CHAFFIN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NOVO NORDISK INC., THE BOARD OF DIRECTORS OF NOVO NORDISK INC., THE NOVO NORDISK INC. RETIREMENT COMMITTEE, and JOHN DOES 1-30,<br><br>Defendants. | CIVIL ACTION NO.: 3:24-cv-09158<br><br>**CONSENT ORDER EXTENDING DEFENDANTS' DEADLINE TO FILE A REPLY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS AND TO STRIKE PLAINTIFFS' NEW CLAIM** |

**WHEREAS**, Novo Nordisk, Inc., the Board of Directors of Novo Nordisk Inc., and the Novo Nordisk Inc. Retirement Committee (collectively, "Defendants") filed a Motion to Dismiss and to Strike Plaintiffs' New Claim on November 21, 2025 (Dkt. 42) ("Defendants' Motion");

**WHEREAS**, on November 25, 2025, the Court reset the motion date for Defendants' Motion to January 5, 2026;

**WHEREAS**, John Fumich, Laura Mischley, Raphael Hinton, Ronnie McLean, and Thomas Chaffin (collectively, "Plaintiffs"), must now file their opposition to Defendants' Motion by December 22, 2025;

**WHEREAS**, Plaintiffs and Defendants, by and through their respective undersigned attorneys, have stipulated and agreed that Defendants may have an extension of time to file a reply brief in support of their Motion, up to and including January 9, 2026;

It is hereby **ORDERED** that the date by which Defendants must file their reply in support of Defendants' Motion is extended to January 9, 2026.

**IT IS SO ORDERED.**

Dated: December 8, 2025                                       s/ Zahid N. Quraishi
                                                              Zahid N. Quraishi
                                                              United States District Judge